

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MARCO CRUZ,

    Petitioner,

v.

KATHLEEN ALLISON, WARDEN,

    Respondent.

Case No. EDCV 11-0953-GHK (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge. ~~and has conducted a de novo review of those portions of the Report and Recommendation to which~~ No objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations and orders that judgment be entered dismissing the petition with prejudice.

Dated:    7/22/11

George H. King
United States District Judge