FILED
JUL 22 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/FNTFR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARCO CRUZ, <br>     Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, WARDEN, <br>     Respondent. | Case No. EDCV 11-0953-GHK (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 7/22/11

George H. King
United States District Judge


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY